UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
CARMEN TAVAREZ-VARGAS,                                        :
                                        Plaintiff,            :
                                                              :       22 Civ. 262 (LGS)
            -against-                                         :
                                                              :       ORDER
FYRN,                                                         :
                                        Defendant.            :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 31, 2022, required the parties to file a proposed case management plan and joint letter by March 23, 2022, at noon;

WHEREAS, the initial pretrial conference is currently scheduled for March 30, 2022, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **March 25, 2022, at noon**.

Dated: March 23, 2022
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**