UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

FYRN,

                      Defendant.

------------------------------------------------------x

Case No.: 1:22-cv-00262

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Carmen Tavarez-Vargas hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Fyrn.

DATED:  May 20, 2022

**MIZRAHI KROUB LLP**

So Ordered.

Dated: May 23, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

                  /s/ Joseph H. Mizrahi
                JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*