UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

FYRN,

      Defendant.

------------------------------------------------------x

Case No.: 1:22-cv-00262-LGS

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Carmen Tavarez-Vargas hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Fyrn.

DATED:  September 19, 2022

So Ordered.

Dated: September 22, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**MIZRAHI KROUB LLP**

  /s/ Edward Y. Kroub
_____
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*